UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANO MORALES, et al., <br> Plaintiffs, <br> v. <br> CITY OF BELL GARDENS, et al., <br> Defendants. | No. CV 00-9979 PA (RNBx) <br><br> JUDGMENT <br><br> THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

On October 21, 2002, the court granted the motion for summary judgment for defendants County of Los Angeles, Leroy Baca, Ray Peavy, Reinaldo Rodriguez, Stephen Davis, Christine Carns, Fred Roberts, Larry Mitchell and Richard Tomlin. A true and correct copy of the order is attached hereto as Exhibit A.

IT IS HEREBY ADJUDGED AND DECREED that Judgment be entered in favor of defendants County of Los Angeles, Leroy Baca, Ray Peavy, Reinaldo Rodriguez, Stephen Davis, Christine Carns, Fred Roberts, Larry Mitchell and Richard Tomlin and that Plaintiffs take nothing by way of their complaint.

IT IS FURTHER ADJUDGED AND DECREED that Defendants shall be entitled to their costs of suit.

Dated: April 16, 2003

Percy Anderson